AUDREE M. WALSCHE *v.* HARTFORD NATIONAL BANK AND TRUST COMPANY ET AL.

The plaintiff's motion for a review of the denial by the trial court of her motion dated January 20, 1977, for a further extension of time to file a statement of the issues in the appeal from the Superior Court in Hartford County is granted and the relief sought therein is denied.

*Audree M. Walsche,* pro se, in support of the motion.

*J. Read Murphy,* in opposition.

Submitted February 24—decided March 16, 1977

JAMES T. KEARNEY ET AL. *v.* STATE OF CONNECTICUT ET AL.

The application by the intervening defendants Robert Santacroce et al. to expedite the appeal from the Superior Court in New London County is denied without prejudice to a reapplication after a finding has been filed.

*Frank Cochran,* in support of the motion.

Submitted February 24—decided March 16, 1977

STATE OF CONNECTICUT *v.* FRANK ABRAMCZYK

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied.

*Frederick W. Odell,* in support of the petition.

Submitted February 25—decided March 16, 1977